## Commonwealth *v.* Elliott, Appellant.

Submitted June 12, 1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.